UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
ROBERT PLUMA,                       :
                                    :
            Plaintiff,              :   13 Civ. 2017 (LAP)
                                    :
    -against-                       :   ORDER
                                    :
THE CITY OF NEW YORK, et al.        :
                                    :
            Defendants.             :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/15

LORETTA A. PRESKA, Chief U.S.D.J.:

In light of recent correspondence from the parties regarding the course of discovery in the above-captioned case [dkt. nos. 43, 47], the Court clarifies that - as already indicated during the April 15, 2015 conference - depositions are not to be held until after Plaintiff has cleaned up his amended complaint, in particular by identifying all John Doe defendants through cooperation with defense counsel and until all outstanding issues related to document discovery have been resolved.

Additionally, Defendants' request for an extension of time to respond to the Amended Complaint is granted. Because Plaintiff has until June 1, 2015 to file a Second Amended Complaint identifying all John Doe defendants, Defendants shall have until June 22, 2015 to respond.

Finally, Plaintiff's counsel is reminded of his obligation to confer with defense counsel before involving the Court in any further discovery disputes.

SO ORDERED.

Dated:  New York, New York
        May 11, 2015

_____
LORETTA A. PRESKA
Chief United States District Judge