# WYLIE M. STECKLOW
# STECKLOW COHEN & THOMPSON

www.LawyersForTheRestOfUs.com

217 Centre St. Fl. 6
New York, NY 10013
T(212) 566-8000
F(212) 202-4952
Wylie@SCTlaw.com

June 19, 2015

Honorable Chief Judge Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/15

Re:   Pluma v. City of New York, et al 13CV2017 (LAP)

Dear Honorable Chief Judge Preska:

Please take notice that I am one of the attorneys of record for the plaintiff in the above referenced matter. I write to the court to provide an update on the status of the parties' efforts to comply with the Court's April 16, 2015 order directing the parties to cooperate in identifying the certain unidentified officer defendants described in the plaintiff's proffered Second Amended Complaint (Docket #41).

Counsel for the parties have continued to meet and confer since I last updated the Court on May 21, 2015 (Docket #50). These efforts have borne fruit, as approximately twelve to fifteen officers have been identified, however, three or four are still only tentatively identified. Counsel spoke briefly on the evening of June 17th. Yesterday, I sent an email to Defense counsel seeking clarification on first names, ranks and spelling of names. Unfortunately, a personal matter has forced Defendants' counsel out of the office and unavailable until Monday, June 22, 2015.

Docket entry 51 extended the deadline for the filing of the Second Amended Complaint to Monday, June 22, 2015. We can finalize the proposed Second Amended Complaint by Thursday June 25, 2015. The reason for three days is a courtesy to the Defense counsel as I well know that he has a very full docket and there are different issues on many cases that he will need to handle once he returns on Monday (in fact I believe there are two other cases that my office is working with the same Defense counsel that have issues we will be discussing upon his return).

It is respectfully requested that the time to file the final version of the Second Amended Complaint be extended to June 25, 2015.

SO ORDERED

June 23, 2015

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

---//s//---
Wylie M. Stecklow, Esq.

cc:   ACC Andrew Lucas (Via ECF)
   ACC Joy Anakhu (Via ECF)