UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

ROBERT PLUMA,

                            Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                            Defendants.

-------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

**13 CV 2017 (LAP)**

      **PLEASE TAKE NOTICE** that **Andrew Lucas**, Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary Carter, attorney for defendants Anthony Barbieri, Ramon Hernandez, Richard McGuire, Daniel O'Grady, Anthony Pons, and Vincent Setteducato effective September 17, 2015.

Dated:   New York, New York
         October 15, 2015

                                            Zachary Carter
                                            Corporation Counsel
                                            of the City of New York
                                            *Attorney for Defendants*
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 356-2373

                                        By:         /s/
                                              Andrew Lucas
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

To:     Stecklow and Thompson