UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

ROBERT PLUMA,

                                     Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                                     Defendants.

-------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

**13 CV 2017 (LAP)**

     **PLEASE TAKE NOTICE** that **Andrew Lucas**, Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary Carter, attorney for defendants Benjamin Bellingeri, Corey White, Dana Palomo, John Duffy, Captain Falcon and Detective Dunlop effective November 9, 2015.

Dated: New York, New York
         November 9, 2015

                                              Zachary Carter
                                              Corporation Counsel
                                              of the City of New York
                                              *Attorney for Defendants*
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 356-2373

                                     By:          /s/
                                              Andrew Lucas
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

To:     Stecklow and Thompson