UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ROBERT PLUMA,

        Plaintiff,

v.

THE CITY OF NEW YORK, et al.,

        Defendants.

------------------------------------------------------X

13 CV 2017 (LAP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/15

LORETTA A. PRESKA, Chief United States District Judge:

Having reviewed counsel's recent correspondence and conferred with counsel this morning, defendants shall file an amended notice of motion on behalf of the additional defendants who have joined the pending motion to dismiss. Defendants' counsel may file a memorandum (or letter) of no more than five double-spaced pages with respect to the newly-added defendants.

Plaintiff may file a memorandum (or letter) of no more than five double-spaced pages opposing the motion with respect to the newly-added defendants.

Defendants may file a reply memorandum (or letter) of no more than three double-spaced pages in support of the motion as to the newly-added defendants.

Counsel shall confer and inform the Court by letter of the proposed schedule for completing the briefing of this motion on behalf of all defendants.

SO ORDERED:

Dated: November 9, 2015

*[signature]*
LORETTA A. PRESKA, Chief U.S.D.J.