DAVID A. THOMPSON
STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

November 12, 2015

**BY ECF**
Chief Judge Loretta A. Preska
District Court of the Southern District of New York
500 Pearl St.
New York, NY 10007

Re: Pluma v. The City of New York, 13-cv-2017 (LAP)

Dear Honorable Chief Judge Preska:

This correspondence concerns the briefing schedule related to docket entries 75, 78, 79 and 81. During the conference call of 11/9/2015, this Court ordered that a supplemental briefing schedule be agreed upon by the parties, and that the Court anticipated the schedule to be a short one.

Plaintiff has asked Defendants to submit their moving brief in November. That would mean a moving schedule of at most twenty-one (21) days from the date of the conference. The Defendants have submitted a lengthier briefing schedule of:

1. Defendant Amended Notice and Supplemental Memo of Law –December 9 (30 days)

2. Plaintiff's Opposition - December 23 (14 days)

3. Defendant's Reply – January 7, 2016 (15 days)

Quite simply, Plaintiff can abide by this schedule but notes an objection for the record to this lengthy briefing schedule.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
11/17/15

Respectfully Submitted,

David Thompson

cc: ACC Andrew Lucas, Esq.
100 Church Street
New York, N.Y. 10007