UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT PLUMA,                                    Index No. 13-cv-2017 (LAP)

*Plaintiff,*

- against -

THE CITY OF NEW YORK, et al.,

*Defendants.*
------------------------------------------------------------x

      PLEASE TAKE NOTICE that plaintiff Robert Pluma hereby appeals to the United States Court of Appeals for the Second Circuit, from the opinion and order (one paper) of the Honorable Loretta A. Preska herein dated March 31, 2016, and entered in the docket on or about the same date. This appeal is taken from each and every part of said opinion and order (one paper) as well as from the whole thereof.

DATED:    NEW YORK, N.Y.
             April 14, 2016

                                      David A. Thompson [dt3991]
                                      Stecklow & Thompson
                                      Attorneys for Plaintiffs
                                      217 Centre Street, 6th Floor
                                      New York, N.Y. 10013
                                      Phone: (212) 566-8000
                                      Fax:   (212) 202-4952
                                      dacve@sctlaw.nyc

To:    Andrew Lucas, Esq.
       Assistant Corporation Counsel
       Office of Corporation Counsel of the City of New York
       100 Church Street
       New York, NY 10013

       CLERK
       Southern District of New York