# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBERT PLUMA,

                    Plaintiff,

              -against-

THE CITY OF NEW YORK, a municipal
entity; NEW YORK CITY POLICE
SERGEANT CARL SORECO; NEW YORK CITY
POLICE OFFICER MEGHAN O'LEARY; NEW
YORK CITY POLICE OFFICER CHRISTOPHER
VEGA; MEMBER OF SERVICE DUNLOP;
POLICE OFFICER RAMON HERNANDEZ;
POLICE OFFICER ANTHONY PONS; POLICE
OFFICER RICHARD McGUIRE; POLICE
OFFICER ANTHONY BARBIERI; SERGEANT
DANIEL O'GRADY; SERGEANT BENJAMIN
BELLINGERI; MEMBER OF SERVICE
VINCENT SETTEDUCATO; MEMBER OF
SERVICE COREY WHITE; POLICE OFFICER
DANA PALOMO; CAPTAIN JOHN DUFFY;
CAPTAIN FALCON; "JOHN DOE SECOND
PEPPER SPRAY OFFICER"; "JOHN DOE
BALDING SENIOR OFFICER"; and JOHN
DOE P.O. VEGA SUPERVISORS 1-4,

                    Defendants.

-------------------------------------------------------------X

13 **CIVIL** 2017 (LAP)

## **JUDGMENT**

USDC SDNY

DOCUMENT

ELECTRONICALLY FILED 03/31/2016

      Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(c), 12(b)(1), and 12(f), as well as a Supplemental motion to dismiss, pursuant to the same rules, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on March 31, 2016, having rendered its Opinion granting Defendants' motion to dismiss (Dkt. No. 64) and Supplemental motion to dismiss (Dkt. No. 84); and directing the Clerk of Court to mark this action closed and all pending motions denied as moot, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 31, 2016, Defendants' motion to dismiss (Dkt. No. 64) and

Supplemental motion to dismiss (Dkt. No. 84) are hereby granted; accordingly, the case is closed

and all pending motions are denied as moot.

**Dated:**  New York, New York
March 31, 2016


**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**  *K. Mango*

_____
**Deputy Clerk**