IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ROBERT PLUMA,

                      PLAINTIFF,

vs.

THE CITY OF NEW YORK, a municipal entity, NEW YORK CITY POLICE SERGEANT CARL SORECO, NEW YORK CITY POLICE OFFICER MEGHAN O'LEARY, NEW YORK CITY POLICE OFFICER CHRISTOPHER VEGA, MEMBER OF SERVICE DUNLOP, POLICE OFFICER RAMON HERNANDEZ, POLICE OFFICER ANTHONY PONS, POLICE OFFICER RICHARD MCGUIRE, POLICE OFFICER ANTHONY BARBIERI, SERGEANT DANIEL O'GRADY, SERGEANT BENJAMIN BELLINGERI, MEMBER OF SERVICE VINCENT SETTEDUCATO, MEMBER OF SERVICE COREY WHITE, POLICE OFFICER DANA PALOMO, CAPTAIN JOHN DUFFY, CAPTAIN FALCON, "JOHN DOE SECOND PEPPER SPRAY OFFICER", JOHN DOE BALDING SENIOR OFFICER, and JOHN DOE PO VEGA SUPERVISORS 1-4,

                      DEFENDANTS.

Index No. 13cv2017 (TPG)

Amended Notice of Appeal

---

      PLEASE TAKE NOTICE that plaintiff Robert Pluma hereby appeals to the United States Court of Appeals for the Second Circuit, from the opinion and order (one paper) of the Honorable Loretta A. Preska herein dated March 31, 2016, and entered in the docket on or about the same date. This appeal is taken from each and every part of said opinion and order (one paper) as well as from the whole thereof. Please take further notice that plaintiff Robert Pluma hereby appeals to the United States Court of Appeals for the Second Circuit, from the opinion and order (one paper) of the Honorable Loretta A. Preska herein dated March 31, 2015, and entered in the docket on or about the same

date (and as modified by the April 7, 2015 memo endorsement entered on April 7, 2015).

This appeal is taken from each and every part of said March 31, 2015 opinion and order (one paper) as well as from the whole thereof.

DATED:   NEW YORK, N.Y.
         April 27, 2016

David A. Thompson [dt3991]
Stecklow & Thompson
Attorneys for Plaintiffs
217 Centre Street, 6th Floor
New York, N.Y. 10013
Phone: (212) 566-8000
Fax:   (212) 202-4952
dave@sctlaw.nyc

To:   Andrew Lucas, Esq.
      Assistant Corporation Counsel
      Office of Corporation Counsel of the City of New York
      100 Church Street
      New York, NY 10013

      CLERK
      Southern District of New York